# UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 97-60457

ROBERTO DAVILA,

Petitioner,

versus

IMMIGRATION AND NATURALIZATION
SERVICE,

Respondent.

Petition for Review of an Order of the Immigration Appeals
(A73 693 090)

September 4, 1998

Before POLITZ, Chief Judge, EMILIO M. GARZA and STEWART, Circuit
Judges.

PER CURIAM:[*]

Roberta Davila petitions for review of an adverse decision by the Board of

Immigration Appeals.  Having considered the record and the briefs, and finding no

basis for review, the petition for review is DENIED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH
CIR. R. 47.5.4.